■ GARDEN CITY COUNTRY CLUB, INC., Respondent, v. FERDINAND L. HABER, as Special Guardian for A. E. ANGUS and Others, Respondent, and ELLA S. CARRAGAN, as Executrix of SYDNEY B. CARRAGAN, Deceased, et al., Appellants, et al., Defendants.— Motion by appellants for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Christ and Hopkins, JJ., concur; Hill, J., not voting.

■ VICTOR J. HILSENRATH, Appellant, v. SYLVIA J. HILSENRATH, Respondent.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated December 4, 1961, requiring him to perfect his appeal for the March 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.

■ In the Matter of JAMES C. BALDWIN, Respondent, v. ERNEST HALPERN, Appellant, et al., Judgment Debtor.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 16, 1962. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ HARRY KERNER, Appellant, v. ROBERT KALEKO et al., Respondents, et al., Defendant.— Motion by respondents for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ AUDREY ZOCHOWSKI, Respondent, v. SIGMUND ZOCHOWSKI, Appellant. — Motion by appellant for leave to appeal as a poor person, denied. On the court's own motion, appeal dismissed. The judgment sought to be appealed from was rendered upon appellant's default. No appeal lies from a default judgment (Civ. Prac. Act, § 557). Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS ROMAN, Appellant.— Motion by appellant to vacate order dated February 13, 1962, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to enlarge time to perfect the appeal, granted; time enlarged to the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ NATHAN VANDROFF, Doing Business as VANDROFF ASSOCIATES, Respondent, v. PAULINE ZARETSKY et al., Appellants.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of GEORGE GELLER, Appellant, v. JOSEPH J. LENNOX, as Commissioner of Assessment and Taxation of the Tax District, Comprised of the City of Yonkers, et al., Respondents. (And 11 Other Proceedings.) — Motion by appellants for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.